1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY X. JACKSON,

11              Petitioner,              No. CIV S-04-0201 FCD KJM P

12       vs.

13   TOM L. CAREY, et al.,

14              Respondents.             <u>ORDER</u>

15   _____/

16              Petitioner, a California prisoner proceeding pro se, has filed an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On February 9, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23              Although it appears from the file that petitioner's copy of  the findings and

24   recommendations were returned, petitioner was properly served.  It is the petitioner's

25   responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

26   Rule 83-182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 9, 2007, are adopted in full; and

2.  Petitioner's application for writ of habeas corpus is denied.

DATED: March 15, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2